# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY STEFFEY | : | CIVIL ACTION |
|         **Plaintiff,** | : | |
| | : | No. 18-1182 |
|     v. | : | |
| | : | |
| AGORA CYBER CHARTER SCHOOL, | : | |
| DEBORAH WEINSTEIN, and | : | |
| REGINA COUNCIL | : | |
|         **Defendants.** | : | |

**MCHUGH, J.**                                                                                                                                            **December 19, 2018**

## ORDER

This 19th day of December, 2018, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, Plaintiff's Response, and Defendants' Reply, and for the reasons stated in my accompanying memorandum, it is hereby **ORDERED** that the Defendant's Motion is **GRANTED**.

                                                                                              /s/ Gerald Austin McHugh
                                                                          United States District Judge